**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
JOSE MIGUEL VEGA,

      Plaintiff,      24 **CIVIL** 2311 (AEK)

  -v-             **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
----------------------------------------------------------------X

   It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons
stated in the Court's Stipulation and Order dated November 6, 2024, that this action be, and
hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence
four of 42 U.S.C. 405(g), for further administrative proceedings, a new hearing, and issuance of
a new decision. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:** New York, New York

   November 8, 2024

              **DANIEL ORTIZ**
             **Acting Clerk of Court**

        **BY:**
             _____
              **Deputy Clerk**